LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Marissa Alter-Nelson (*pro hac vice*)
 marissa.alter-nelson@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Margaret A. Upshaw (*pro hac vice*)
 maggie.upshaw@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant*
*Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NATASSIA TIMOTHEE, TOMMY DIEP, ESPERANZA REYES, MARIAELENA BURCIAGA, and STACY PENNING on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., SACRAMENTO FOOD BANK AND FAMILY SERVICES, LOS ANGELES REGIONAL FOOD BANK, CENTRAL CALIFORNIA FOOD BANK, and SAN FRANCISCO FOOD BANK d/b/a SAN FRANCISCO-MARIN FOOD BANK,<br><br>Defendants. | Case No.  3:25-cv-05106-LB<br><br>**DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Hearing: February 5, 2026<br>Time:   9:30 a.m.<br>Location: Courtroom B—15th Floor<br>Judge: Hon. Laurel Beeler |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

BLUNSCHI DEC. ISO MOT. TO  DISMISS COMPL.
CASE NO. 3:25-cv-05106-LB

I, Melanie M. Blunschi, hereby declare as follows:

1.      I am a partner of Latham & Watkins LLP, counsel of record for defendant Meta Platforms, Inc. ("Meta") in the above-captioned action.  I am an attorney admitted to practice law in the State of California and am admitted to practice before this Court.  I submit this declaration in support of Meta's Motion to Dismiss the Complaint ("Motion to Dismiss").  I make this declaration based on my personal knowledge.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a webpage entitled, "Conversion Tracking," which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20250612124015/https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Meta's current Terms of Service, dated January 1, 2025, which are publicly available at https://www.facebook.com/terms/.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Meta's Terms of Service, dated July 26, 2022, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20241231004604/https://www.facebook.com/terms/.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Meta's current Privacy Policy, dated June 16, 2025, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/#1.

6.      Attached hereto as Exhibit 5 is a true and correct copy of Meta's Privacy Policy, dated November 14, 2024, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/8810742435690564/.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Meta's Privacy Policy, dated June 26, 2024, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/25238980265745528/.

8.    Attached hereto as Exhibit 7 is a true and correct copy of Meta's Privacy Policy, dated December 27, 2023, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/7122790421067234/.

9.    Attached hereto as Exhibit 8 is a true and correct copy of Meta's Privacy Policy, dated June 15, 2023, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/5601719079934335/.

10.    Attached hereto as Exhibit 9 is a true and correct copy of Meta's current Cookies Policy, dated December 12, 2023, which is publicly available at https://www.facebook.com/privacy/policies/cookies.

11.    Attached hereto as Exhibit 10 is a true and correct copy of Meta's Cookies Policy, dated June 16, 2023, which is publicly available at https://www.facebook.com/privacy/policies/cookies/version/6238889766159217/.

12.    Attached hereto as Exhibit 11 is a true and correct copy of Meta's Business Tools Terms, dated April 25, 2023, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20250724085923/https://www.facebook.com/legal/technology_terms.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October 2025, in San Francisco, California.

/s/ Melanie M. Blunschi
Melanie M. Blunschi

**EXHIBIT LIST**

| Ex. | Description |
|-----|-------------|
| 1 | Webpage entitled, "Conversion Tracking," which is publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20250612124015/https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/ |
| 2 | Meta's current Terms of Service, dated January 1, 2025, which are publicly available at https://www.facebook.com/terms/ |
| 3 | Meta's Terms of Service, dated July 26, 2022, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20241231004604/https://www.facebook.com/terms/ |
| 4 | Meta's current Privacy Policy, dated June 16, 2025, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/#1 |
| 5 | Meta's Privacy Policy, dated November 14, 2024, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/8810742435690564/ |
| 6 | Meta's Privacy Policy, dated June 26, 2024, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/25238980265745528/ |
| 7 | Meta's Privacy Policy, dated December 27, 2023, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/7122790421067234/ |
| 8 | Meta's Privacy Policy, dated June 15, 2023, which is publicly available at https://mbasic.facebook.com/privacy/policy/printable/version/5601719079934335/ |
| 9 | Meta's current Cookies Policy, dated December 12, 2023, which is publicly available at https://www.facebook.com/privacy/policies/cookies |
| 10 | Meta's Cookies Policy, dated June 16, 2023, which is publicly available at https://www.facebook.com/privacy/policies/cookies/version/6238889766159217/ |
| 11 | Meta's Business Tools Terms, dated April 25, 2023, which are publicly available from the Internet Archive Wayback Machine at https://web.archive.org/web/20250724085923/https://www.facebook.com/legal/technology_terms |