SCOTT C. HALL (State Bar No. 232492)
LEEZA ARBATMAN (State Bar No. 347753)
ALEXANDRA M. BOXALL (State Bar No. 348300)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-sch@cpdb.com
ef-ela@cpdb.com
ef-amb@cpdb.com

Attorneys for Defendant
San Francisco Food Bank d/b/a
San Francisco-Marin Food Bank

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NATASSIA TIMOTHEE, TOMMY DIEP, ESPERANZA REYES, MARIAELENA BURCIAGA, and STACY PENNING on behalf of themselves, all others similarly situated, and the general public,

Plaintiffs,

v.

META PLATFORMS, INC., SACRAMENTO FOOD BANK AND FAMILY SERVICES, LOS ANGELES REGIONAL FOOD BANK, CENTRAL CALIFORNIA FOOD BANK, and SAN FRANCISCO FOOD BANK d/b/a SAN FRANCISCO-MARIN FOOD BANK,

Defendants.

Case No. 3:25-cv-05106-LB

**STATEMENT OF RECENT DECISIONS REGARDING THE FOOD BANK DEFENDANTS' MOTIONS TO DISMISS**

Hearing Date: April 23, 2026
Time: 9:30 a.m.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

Pursuant to Civil Local Rule 7-3(d)(2), Defendant San Francisco Food Bank d/b/a San Francisco-Marin Food Bank ("SFMFB") respectfully refers the Court to:

1. The United States District Court for the Eastern District of California's March 31, 2026 Order granting the defendant's motion to dismiss in *Magliocca v. United Healthcare Services, Inc.*, No. 2:25-cv-3388 WBS SCR, 2026 WL 878694 (E.D. Cal. Mar. 31, 2026), attached hereto as **Exhibit A**;

2. The United States District Court for the District of Minnesota's March 31, 2026 Order granting the defendant's motion to dismiss in *Butler v. U.S. Bancorp*, No. 24-CV-03700 (JMB/SGE), 2026 WL 883904 (D. Minn. Mar. 31, 2026), attached hereto as **Exhibit B**; and

3. The United States District Court for the Northern District of California's April 6, 2026 Order granting the defendant's motion to dismiss in *In Re: Usa Today Co., Inc. Internet Tracking Litigation*, No. 24-cv-05150-MMC, 2026 WL 932655, (N.D. Cal. Apr. 6, 2026), attached hereto as **Exhibit C**.

The Sacramento Food Bank and Family Services, Los Angeles Regional Food Bank, and Central California Food Bank join SFMFB in submitting this Statement of Recent Decisions in connection with their respective Motions to Dismiss. *See* ECF Nos. 43 and 63 (Sacramento); ECF Nos. 44 and 64 (SFMFB); ECF Nos. 45 and 62 (Los Angeles); ECF Nos. 49 and 66 (Central California).

DATED: April 14, 2026

COBLENTZ PATCH DUFFY & BASS LLP

By: 

SCOTT C. HALL
Attorneys for Defendant
San Francisco Food Bank d/b/a
San Francisco-Marin Food Bank