**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfizgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR M. FLYNN (SBN 253362)
*tflynn@fmfpc.com*
KADEN BYRON (SBN 333158)
*kbyron@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
DANIEL SACHS (SBN 361027)
*dsachs@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASSIA TIMOTHEE, TOMMY DIEP, ESPERANZA REYES, MARIAELENA BURCIAGA, and STACY PENNING on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., SACRAMENTO FOOD BANK AND FAMILY SERVICES, LOS ANGELES REGIONAL FOOD BANK, CENTRAL CALIFORNIA FOOD BANK, and SAN FRANCISCO FOOD BANK d/b/a SAN FRANCISCO-MARIN FOOD BANK,<br><br>Defendants. | Case No: 3:25-cv-05106-LB<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISIONS**<br><br>[Civ. L.R. 7-3(d)(2)<br><br>Judge: Hon. Laurel Beeler<br>Date: April 23, 2026<br>Time: 9:30 a.m. |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs submit this Statement of Recent Decisions in connection with Plaintiffs' oppositions to Defendants' pending motions to dismiss, s*ee* Dkt. Nos. 57, 58, 59, 60, 61, to bring to the Court's attention the following relevant decisions:

1.    *Gianne v. Accor Mgmt. US Inc.*, No. CV 25-2425-DMG (EX), 2026 WL 925522 (C.D. Cal. Mar. 31, 2026), a true and correct copy of which is attached hereto as Exhibit 1.

2.    *Jones v. Skullcandy, Inc.*, No. 25-CV-1759-JLS (BLM), 2026 WL 699819 (S.D. Cal. Mar. 12, 2026), a true and correct copy of which is attached hereto as Exhibit 2.

3.    *Anderson v. Nat'l Collegiate Athletic Ass'n*, No. 25-CV-11576-MWC-MBK, 2026 WL 925519 (C.D. Cal. Mar. 25, 2026), a true and correct copy of which is attached hereto as Exhibit 3.

4.    *Croteau v. TN Marketing, LLC*, No. 25-CV-0940 (PJS/ECW), 2026 WL 810813 (D. Minn. Mar. 24, 2026), a true and correct copy of which is attached hereto as Exhibit 4.

Dated: April 20, 2026                              /s/ Melanie R. Monroe

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfizgerald@fmfpc.com*
MELANIE R. MONROE
*mmonroe@fmfpc.com*
TREVOR M. FLYNN
*tflynn@fmfpc.com*
KADEN BYRON
*kbyron@fmfpc.com*
ALLISON FERRARO
*aferraro@fmfpc.com*
DANIEL SACHS
*dsachs@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

***Counsel for Plaintiffs***

1