LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Marissa Alter-Nelson (*pro hac vice*)
*marissa.alter-nelson@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
Ruth Hirsch (*pro hac vice*)
*ruth.hirsch@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant*
*Meta Platforms, Inc.*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

NATASSIA TIMOTHEE, TOMMY DIEP, ESPERANZA REYES, MARIAELENA BURCIAGA, and STACY PENNING on behalf of themselves, all others similarly situated, and the general public,

Plaintiffs,

v.

META PLATFORMS, INC., SACRAMENTO FOOD BANK AND FAMILY SERVICES, LOS ANGELES REGIONAL FOOD BANK, CENTRAL CALIFORNIA FOOD BANK, and SAN FRANCISCO FOOD BANK d/b/a SAN FRANCISCO-MARIN FOOD BANK,

Defendants.

CASE NO. 3:25-cv-05106-LB

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE DEADLINES**

(Civil L.R. 6-1, 6-2, 7-12)

Hon. Laurel Beeler

Pursuant to Civil Local Rule 6-2, Plaintiffs Natassia Timothee, Tommy Diep, Esperanza Reyes, Mariaelena Burciaga and Stacy Penning ("Plaintiffs") and Defendants Meta Platforms, Inc. ("Meta"), Sacramento Food Bank and Family Services ("SFBFS"), Los Angeles Regional Food Bank ("LAFB"), Central California Food Bank ("CCFB") and San Francisco Food Bank d/b/a San Francisco-Marin Food Bank ("SFMFB") (collectively, "Defendants" and together with Plaintiffs the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 17, 2025, Plaintiffs filed their complaint (Dkt. 1);

WHEREAS, on July 25, 2025, Plaintiffs and Defendants filed a stipulation extending Defendants' time to answer or otherwise respond to the complaint by approximately 80 days from the then-existing deadlines, to October 20, 2025 (Dkt. 13);

WHEREAS, on July 28, 2025, the Court granted the Parties' stipulation (Dkt. 16);

WHEREAS, on October 20, 2025, Defendants filed their motions to dismiss the complaint and requests for judicial notice ("Motions") (Dkts. 43-49);

WHEREAS, on January 7, 2026, Plaintiffs filed their oppositions to Defendants' Motions (Dkts. 57-61);

WHEREAS, on February 17, 2026, Defendants filed their replies in support of their Motions (Dkts. 62-67);

WHEREAS, oral argument on Defendants' Motions was heard on April 23, 2026 (Dkt. 85);

WHEREAS, on April 27, 2026, the Court issued an order granting Defendants' Motions, dismissing the complaint, and providing that Plaintiffs may file an amended complaint by May 25, 2026 (Dkt. 87);

WHEREAS, the Parties have conferred and agree that, to conserve judicial and party resources, the Case Management Conference currently scheduled for May 21, 2026, and associated deadlines, should be continued to a mutually convenient time at the Court's convenience after the Court has resolved Defendants' anticipated motions to dismiss any forthcoming amended complaint.

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that:

1. The Initial Case Management Conference scheduled for May 21, 2026 shall be continued to a mutually convenient time at the Court's convenience after the Court has resolved Defendants' motions to dismiss any forthcoming amended complaint.

2. All deadlines associated with the Case Management Conference, including those under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California, as well as all associated ADR Multi-Option Program deadlines, shall be continued based upon the new date of the Initial Case Management Conference.

Dated: April 30, 2026

LATHAM & WATKINS LLP

By: /s/ Melanie M. Blunschi
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Marissa Alter-Nelson (*pro hac vice*)
*marissa.alter-nelson@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
Ruth Hirsch (*pro hac vice*)
*ruth.hirsch@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant Meta Platforms, Inc.*

Dated: April 30, 2026

FITZGERALD MONROE FLYNN PC

By: /s/ Melanie R. Monroe
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE
*mmonroe@fmfpc.com*

TREVOR FLYNN
*tflynn@fmfpc.com*

ALLISON FERRARO
*aferraro@fmfpc.com*
DANIEL E. SACHS
*dsachs@fmfpc.com*
KADEN BYRON
*kbyron@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Counsel for Plaintiffs*

Dated: April 30, 2026

LATHROP GPM

By: /s/ Michael W.M Manoukian

Stephanie Carol Bradshaw
*stephanie.bradshaw@lathropgpm.com*
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Phone: (816) 460-55760

Michael W. M. Manoukian
*michael.manoukian@lathropgpm.com*
70 South First Street
San Jose, CA 95113
Phone: (408) 286-9800

*Attorneys for Defendant Sacramento Food Bank & Family Services*

Dated: April 30, 2026

GORDON REES SCULLY MANSUKHANI

By: /s/ Fletcher C. Alford

Fletcher C. Alford
*falford@grsm.com*
315 Pacific Avenue
San Francisco, CA 94111
Phone: (415) 986.5900

*Attorneys for Defendant Central California Food Bank*

Dated: April 30, 2026

SEYFARTH SHAW LLP

By: /s/ Aaron Belzer
Kristine Argentine (*pro hac vice*)
*kargentine@seyfarth.com*
Paul Yovanic (*pro hac vice*)
*pyovanic@seyfarth.com*
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Phone: (312) 460-5000

Aaron Belzer (SBN 238901)
*abelzer@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Phone: (310) 277-7200

*Attorneys for Defendant Los Angeles Regional Food Bank*

Dated: April 30, 2026

COBLENTZ PATCH DUFFY & BASS LLP

By: /s/ Scott C. Hall
Scott C. Hall
*shall@coblentzlaw.com*
Leeza Arbatman
*larbatman@coblentzlaw.com*
Alexandra Boxall
*aboxall@coblentzlaw.com*
1 Montgomery St, Suite 3000
San Francisco CA 94104
Phone: (415) 391-4800

*Attorneys for Defendant San Francisco Food Bank d/b/a San Francisco-Marin Food Bank*

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Continuing Case Management Conference Deadlines. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

Dated: April 30, 2026

/s/ *Melanie M. Blunschi*
Melanie M. Blunschi

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 1, 2026

Hon. Laurel Beeler
United States Magistrate Judge